## THE KNICKERBOCKER LIFE INSURANCE COMPANY, RESPONDENT, *v.* CHARLES A. HILL, THOMAS IRE-MONGER AND OTHERS, APPELLANTS.

THIS was an appeal from an order·made by Mr. Justice TAPPEN, at Special Term, appointing a receiver of the rents and profits of mortgaged premises, after default and pending a foreclosure, upon an express stipulation, contained in the mortgage, that the mortgagees should be entitled to such receiver, as a matter of right, after a default and upon the commencement of proceedings to foreclose. The defendants alleged, on information and belief, the invalidity of the mortgage, on account of usury. The court was of opinion that it was a sufficient reason for affirmance, that the defense was not positively sworn to.

*John H. Bergen* and *Philip Reilly,* for the appellants.

*H. W. Johnson,* for the respondent.

Opinion by TALCOTT, J.

Present — BARNARD, P. J., and TALCOTT, J.

Order affirmed, with ten dollars costs of appeal.